Opinion filed May 1, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed May 1, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00287-CV

                                                    __________

 

                                  DAVID CARLSON, M.D., Appellant

 

                                                             V.

 

                                GEORGE
CONGER, INDIVIDUALLY 

AND
IN THE ESTATE OF MONA CONGER, Appellee

 



 

                                          On
Appeal from the 42nd District Court

                                                          Taylor[1]
County, Texas

                                                  Trial
Court Cause No. 46656-A

 



 

                                             M
E M O R A N D U M   O P I N I O N

David
Carlson, M.D. has filed in this court a motion to dismiss his appeal.  Carlson
states that the healthcare liability claims against him have been voluntarily
nonsuited in exchange for his agreement to forego this appeal.  The motion is
granted, and the appeal is dismissed.

 

May 1, 2008                                                                            PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.









[1]We note that some of the documents filed in this case,
including the order, inaccurately reflect that the appeal is from Dallas
County.  However, these documents should reflect that the 42nd District Court is
in Taylor County.